Kerstin M. Rodriguez
Case No.19-50837 (BLS)
1550 Rory Lane Sp.1
Simi Valley, Ca 93063

May 20, 2020

FILED
2020 MAY 26 AM 10: 45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
824 North Market Street, 3rd Floor
Wilmington, DE 19801

    I, Kerstin M. Rodriguez, am responding to the summons for case No. 19-50837 (BLS). The amount of funds listed are correct. I invested my money, $ 49,250.00, into Woodbridge Group of Companies on 12/30/16. I received my money back 11/8/17. I have since spent my money.

*Kerstin M. Rodriguez*
Kerstin M. Rodriguez