## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | |
| Plaintiff, | Adversary Proceeding Case No. 19-50837 (BLS) |
| vs. | |
| PROVIDENT TRUST GROUP, LLC, ADMINISTRATOR AND CUSTODIAN FOR THE BENEFIT OF KERSTIN RODRIGUEZ IRA; KERSTIN RODRIGUEZ, | |
| Defendants. | |

## CERTIFICATION OF COUNSEL REGARDING REQUEST FOR APPOINTMENT OF MEDIATOR

The undersigned hereby certifies the following:

1.      Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, (the "Plaintiff") filed a complaint with the United States Bankruptcy Court for the District of Delaware (the "Court") against the above-captioned defendants (the "Defendants," and together with the Plaintiff, the "Parties") on November 18, 2019. An amended Complaint (the "Complaint") was filed on April 21, 2020 [Adv. Docket No. 9].

2.      Defendant Kerstin Rodriguez filed an answer to the Complaint on May 26,

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

2020 [Adv. Docket No. 14] and on September 15, 2020 a proposed form of scheduling order (the "Scheduling Order") was entered by the Court [Adv. Docket No. 23].

3.      Pursuant to the Scheduling Order, this adversary proceeding was assigned to mediation and the Defendants were to provide Plaintiff with a list of three (3) proposed mediators. *Scheduling Order*, ¶3. If the Parties cannot agree on a mediator, the Plaintiff shall file a statement alerting the Court of such inability and request that the Court select and appoint a mediator for the Adversary Proceedings. *Id*. at ¶4.

4.      Defendant Kerstin Rodriguez failed to respond to multiple requests for a list of proposed mediators.

5.      Accordingly, the Plaintiff requests that the Court select and appoint a mediator in the above-captioned adversary proceeding from the following list of mediators that agreed to serve if appointed by the Court:  (i) Judith Fitzgerald; (ii) Leslie Berkoff; (iii) Lucian Murley; and (iv) Derek Abbott.

6.      The Plaintiff hereby requests selection of a mediator at the Court's convenience.

Dated:  January 19, 2021          PACHULSKI STANG ZIEHL & JONES LLP
        Wilmington, Delaware

                                  */s/ Colin R. Robinson*
                                  Bradford J. Sandler (DE Bar No. 4142)
                                  Andrew W. Caine (CA Bar No. 110345)
                                  Colin R. Robinson (DE Bar No. 5524)
                                  919 North Market Street, 17th Floor
                                  P.O. Box 8705
                                  Wilmington, DE 19899 (Courier 19801)
                                  Telephone: 302-652-4100
                                  Fax: 302-652-4400
                                  Email: bsandler@pszjlaw.com
                                         acaine@pszjlaw.com
                                         crobinson@pszjlaw.com

                                  *Counsel to the Plaintiff*